1  JOHN D. MOORE, Nevada State Bar No. 8581
   jdmoore@springerlawnevada.com
2  **LAW OFFICES OF MICHAEL B. SPRINGER, PC**
   9628 Prototype Court
3  Reno, NV 89521
   Telephone:   (775) 786-7445
4  *Attorneys for Plaintiff and Counterdefendant*
   NATIONAL RAILROAD PASSENGER CORPORATION and *Counterdefendant and*
5  *Counterclaimant* UNION PACIFIC RAILROAD COMPANY

6  B. CLYDE HUTCHINSON, Calif. State Bar No. 037526
   bch@llcllp.com
7  JOHN W. RANUCCI, Calif. State Bar No. 184801
   jwr@llcllp.com
8  VINCENT CASTILLO, Calif. State Bar No. 209298
   vcastillo@llcllp.com
9  LIZA SIU MENDOZA, Calif. State Bar No. 242493
   lsiumendoza@llcllp.com
10 **LOMBARDI, LOPER & CONANT, LLP**
   Lake Merritt Plaza
11 1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
12 Telephone:   (510) 433-2600
   Facsimile:   (510) 433-2699
13 *Attorneys for Plaintiff and Counterdefendant*
   NATIONAL RAILROAD PASSENGER CORPORATION and *Counterdefendant and*
14 *Counterclaimant* UNION PACIFIC RAILROAD COMPANY

[FILED stamp: JAN 19 2011, CLERK US DISTRICT COURT, DISTRICT OF NEVADA]

15 STEVEN T. JAFFE, Nevada State Bar No. 007035
   sjaffe@lawhjc.com
16 **HALL JAFFE & CLAYTON, LLP**
   7455 West Washington Avenue, Suite 460
17 Las Vegas, NV 89128
   Telephone:   (702) 316-4111
18 Facsimile:   (702) 316-4114
   *Attorneys for Defendant*
19 JOHN DAVIS TRUCKING COMPANY, INC.

20 GARY E. DI GRAZIA, Nevada State Bar No. 000198
   gdigrazia@frontiernet.net
21 **GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD.**
   530 Idaho Street
22 P.O. Box 1358
   Elko, NV 89801
23 Telephone:   (775) 738-8091
   Facsimile:   (775) 738-4220
24 *Attorneys for Counterclaimant*
   JOHN DAVIS TRUCKING COMPANY, INC.

25

26

27

28

13249-40990 LSM 606708.1                  1                  Case No. 3:11-cv-00461 HDM VPC

JOINT CASE MANAGEMENT STATEMENT

1 STEPHEN C. THOMPSON, Oregon State Bar No. 0076359
steve@ktp-law.com
2 GEORGE KIRLIN, Oregon State Bar No. 0062046
george@ktp-law.com
3 KIRKLIN THOMPSON & POPE LLP
1100 Yeon Building
4 522 SW 5th Avenue
Portland, OR 97204
5 Telephone: (503) 222-1640
Facsimile: (503) 227-5251
6 *Attorneys for Counterclaimant*
JOHN DAVIS TRUCKING COMPANY, INC.

LOMBARDI, LOPER & CO NANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612 -3541

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DAVIS TRUCKING COMPANY, INC., a Nevada corporation, <br><br> Defendant. | Case No. 3:11-cv-00461 HDM VPC <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br> Date: January 20, 2012 <br> Time: 9:00 a.m. <br> Ctrm: 1 <br> Judge: The Honorable Valerie P. Cooke, U.S. Magistrate Judge |
| JOHN DAVIS TRUCKING COMPANY, INC., a Nevada Corporation, <br><br> Counterclaimant, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1-5, <br><br> Counter-Defendants. | |

13249-40990 LSM 606708.1      2      Case No. 3:11-cv-00461 HDM VPC

JOINT CASE MANAGEMENT STATEMENT

TO THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE:

COME NOW the parties who have appeared in this action and submit the following Joint Case Management Statement pursuant to the Minutes of the Court filed on November 8, 2011 (Doc 60).

## CASE MANAGEMENT REPORT

<u>Completion of Inspection and Commencement of Written Discovery</u>

The parties inspected the locomotives on January 5, 2012 in Chicago as planned. The parties will be engaging in written discovery in the next few weeks.

<u>Issues Pertaining to Locomotive Videos and Event Recorder Data</u>

John Davis Trucking raised the following two issues with counsel for National Railroad Passenger Corporation ("Amtrak") on January 17, 2012. However, because counsel for Amtrak is engaged in another case in Fresno, California, for the remainder of the week, the parties intend to further meet and confer on these issues on the week of January 23, 2012. The following two issues are as follows:

1. <u>Locomotive Videos</u>: John Davis Trucking Company seeks the "original" locomotive video images because it claims the encryption format in which they were produced to it makes meaningful analysis of the video impossible. According to John Davis Trucking, the encryption software takes over all operations on the computer to which the video disc is installed and any attempt to analyze the video images results in an error message and the cessation of the play. John Davis Trucking claims the video cannot be stopped and started frame by frame and that there is no manner in which to analyze the speed rate at which the images were recorded or are being played. It further claims the image quality of the videos is poor, particularly given the high resolution quality of the camera system on-board the locomotives. John Davis Trucking claims critical information about the position of the crossing gates is not visible. It believes these difficulties appear due to the encryption software into which Amtrak or its subcontractor placed the video images.

2. <u>Event Recorder Data</u>: John Davis Trucking Company also seeks the "original" event

13249-40990 LSM 606708.1   3   Case No. 3:11-cv-00461 HDM VPC

JOINT CASE MANAGEMENT STATEMENT

recorder data because it believes the event recorder device on-board both locomotives are of a type and manufacture that renders them susceptible to manipulation

State Court Related Cases

With respect to state court cases, the parties have completed an Early Case Conference pursuant to Rule 16.1 of the Nevada Rules of Civil Procedure in the following cases:

- o *Lana Dickerson v. John Davis Trucking and National Railroad Passenger Corporation,* Second Judicial District of the State of Nevada, Case No. CV11-01969, and
- o *William Knox v. John Davis Trucking,* Second Judicial District of the State of Nevada, Case No.: CV11-01992.

In addition, National Railroad Passenger Corporation and John Davis Trucking Company have been served and will be appearing in the following cases:

- o *Evelyn Johnson v. John Davis Trucking and National Railroad Passenger Corporation,* Second Judicial District of the State of Nevada, Case No. CV11-02674, and
- o *Ronald Werckenthien v. John Davis Trucking and National Railroad Passenger Corporation,* Second Judicial District of the State of Nevada, Case No. CV11-02673.

Furthermore, John Davis Trucking has been served and will be appearing in:

- o *Kyung Ran You, Hyung Wong Park and Keun Park v. John Davis Trucking Company,* Second Judicial Distict of the State of Nevada, Case No. CV12-00089.

The parties have been in discussion with plaintiffs' counsels in these cases for the purpose of coordinating discovery efforts. It is expected that more cases will be filed and/or served in the next few months.

Request to Vacate Case Management Conference

The parties will continue to meet and confer on the issues discussed above. The parties stipulate to vacate the Case Management Conference scheduled for January 20, 2012 at 9:00 a.m. Should the parties not be able to resolve the issues above, the parties will file appropriate

motions and ask the Court to schedule a briefing schedule and oral argument as necessary and convenient to the Court's schedule.

DATED this 18th day of January, 2012.

        LAW OFFICES OF MICHAEL B. SPRINGER, PC

        By:   /s/ John D. Moore
              John D. Moore
              Nevada State Bar No. 8581
              9628 Prototype Court
              Reno, NV 89521
              (775) 786-7445
              *Attorneys for Plaintiff and Counterdefendant*
              NATIONAL RAILROAD PASSENGER CORPORATION *and Counterdefendant and Counterclaimant* UNION PACIFIC RAILROAD COMPANY

DATED this 18th day of January, 2012.

        LOMBARDI, LOPER & CONANT, LLP

        By:   /s/ B. Clyde Hutchinson
              B. Clyde Hutchinson
              California State Bar No. 037526
              Lake Merritt Plaza
              1999 Harrison Street, Suite 2600
              Oakland, CA 94612-3541
              (510) 433-2600
              *Attorneys for Plaintiff and Counterdefendant*
              NATIONAL RAILROAD PASSENGER CORPORATION *and Counterdefendant and Counterclaimant* UNION PACIFIC RAILROAD COMPANY

DATED this 18th day of January, 2012.

        HALL JAFFE & CLAYTON, LLP

        By:   /s/ Steven T. Jaffe
              Steven T. Jaffe
              Nevada State Bar No. 007035
              7455 West Washington Avenue, Suite 460
              Las Vegas, NV 89128

```
                                            (702) 316-4111
                                            Attorneys for Defendant
                                            JOHN DAVIS TRUCKING COMPANY,
                                            INC.
```

DATED this 18th day of January, 2012.

                                      GOICOECHEA, DI GRAZIA, COYLE &
                                      STANTON, LTD.

By:   /s/ Gary E. Di Grazia
       Gary E. Di Grazia
       Nevada State Bar No. 000198
       530 Idaho Street
       P.O. Box 1358
       Elko, NV 89801
       (775) 738-8091
       *Attorneys for Counterclaimant*
       JOHN DAVIS TRUCKING COMPANY, INC.

DATED this 18th day of January, 2012.

KIRKLIN THOMPSON & POPE LLP

By:   /s/ Stephen C. Thompson
       Stephen C. Thompson
       Oregon State Bar No. 0076359
       1100 Yeon Building
       522 SW 5th Avenue
       Portland, OR 97204
       Telephone:  (503) 222-1640
       Facsimile:   (503) 227-5251
       *Attorneys for Counterclaimant*
       JOHN DAVIS TRUCKING COMPANY, INC

LOMBARDI, LOPER & CO NANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612 -3541

13249-40990 LSM 606708.1       6      Case No. 3:11-cv-00461 HDM VPC
JOINT CASE MANAGEMENT STATEMENT

## [PROPOSED] ORDER

Per the parties Joint Case Management Statement, the Court hereby vacates the Case Management Conference scheduled for January 20, 2012 at 9:00 a.m. in Courtroom 1.

IT IS SO ORDERED.

DATED: January 19, 2012

By: _____
THE HONORABLE VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE

LOMBARDI, LOPER & CO NANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612 -3541