1  JOHN D. MOORE, Nevada State Bar No. 8581
   jdmoore@springerlawnevada.com
2  **LAW OFFICES OF MICHAEL B. SPRINGER, PC**
   9628 Prototype Court
3  Reno, NV 89521
   Telephone: (775) 786-7445
4  *Attorneys for Plaintiff and Counterdefendant*
   NATIONAL RAILROAD PASSENGER CORPORATION and *Counterdefendant and*
5  *Counterclaimant* UNION PACIFIC RAILROAD COMPANY

6  B. CLYDE HUTCHINSON, Calif. State Bar No. 037526
   bch@llcllp.com
7  JOHN W. RANUCCI, Calif. State Bar No. 184801
   jwr@llcllp.com
8  VINCENT CASTILLO, Calif. State Bar No. 209298
   vcastillo@llcllp.com
9  LIZA SIU MENDOZA, Calif. State Bar No. 242493
   lsiumendoza@llcllp.com
10 **LOMBARDI, LOPER & CONANT, LLP**
   Lake Merritt Plaza
11 1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
12 Telephone: (510) 433-2600
   Facsimile: (510) 433-2699
13 *Attorneys for Plaintiff and Counterdefendant*
   NATIONAL RAILROAD PASSENGER CORPORATION and *Counterdefendant and*
14 *Counterclaimant* UNION PACIFIC RAILROAD COMPANY

15 STEVEN T. JAFFE, Nevada State Bar No. 007035
   sjaffe@lawhjc.com
16 **HALL JAFFE & CLAYTON, LLP**
   7455 West Washington Avenue, Suite 460
17 Las Vegas, NV 89128
   Telephone: (702) 316-4111
18 Facsimile: (702) 316-4114
   *Attorneys for Defendant*
19 JOHN DAVIS TRUCKING COMPANY, INC.

20 GARY E. DI GRAZIA, Nevada State Bar No. 000198
   gdigrazia@frontiernet.net
21 **GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD.**
   530 Idaho Street
22 P.O. Box 1358
   Elko, NV 89801
23 Telephone: (775) 738-8091
   Facsimile: (775) 738-4220
24 *Attorneys for Counterclaimant*
   JOHN DAVIS TRUCKING COMPANY, INC.

Stamp: FILED ✓ / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD — FEB 17 2012 — CLERK US DISTRICT COURT DISTRICT OF NEVADA — BY: _____ DEPUTY

13249-40990 LSM 607796.1                    1                    Case No. 3:11-cv-00461 HDM VPC

JOINT CASE MANAGEMENT STATEMENT

STEPHEN C. THOMPSON, Oregon State Bar No. 0076359
steve@ktp-law.com
GEORGE KIRLIN, Oregon State Bar No. 0062046
george@ktp-law.com
KIRKLIN THOMPSON & POPE LLP
1100 Yeon Building
522 SW 5th Avenue
Portland, OR 97204
Telephone:   (503) 222-1640
Facsimile:   (503) 227-5251
*Attorneys for Counterclaimant*
JOHN DAVIS TRUCKING COMPANY, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DAVIS TRUCKING COMPANY, INC., a Nevada corporation,<br><br>Defendant. | Case No. 3:11-cv-00461 HDM VPC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  February 21, 2012<br>Time:  9:00 a.m.<br>Ctrm:  1<br>Judge:  The Honorable Valerie P. Cooke, U.S. Magistrate Judge |
| JOHN DAVIS TRUCKING COMPANY, INC., a Nevada Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1-5,<br><br>Counter-Defendants. | |

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

TO THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE:

COME NOW the parties who have appeared in this action and submit the following Joint Case Management Statement pursuant to the Minutes of the Court filed on November 8, 2011 (Doc 60).

## CASE MANAGEMENT REPORT

<u>Issues Pertaining to Locomotive Videos and Event Recorder Data</u>

On January 17, 2012, counsel for John Davis Trucking Company raised the following two issues with counsel for National Railroad Passenger Corporation ("Amtrak"). Below is a description of the two issues and their status:

1. <u>Locomotive Videos</u>:

   John Davis Trucking Company seeks the "original" locomotive video images because it claims the encryption format in which they were produced to it makes meaningful analysis of the video impossible. Amtrak disagrees. Furthermore, according to John Davis Trucking, the encryption software takes over all operations on the computer to which the video disc is installed, and any attempt to analyze the video images results in an error message and the cessation of the play. Amtrak disagrees. John Davis Trucking also claims the video cannot be stopped and started frame by frame and that there is no manner in which to analyze the speed rate at which the images were recorded or are being played. It further claims the image quality of the videos is poor, particularly given the high resolution quality of the camera system on-board the locomotives. John Davis Trucking claims critical information about the position of the crossing gates is not visible. It believes these difficulties appear due to the encryption software into which Amtrak or its subcontractor placed the video images. Amtrak disagrees.

   <u>John Davis Trucking's Additional Claims</u>:

   John Davis Trucking claims there is no way to verify that the video in question is genuine. Amtrak disagrees. It claims the encrypted copy provided to defendant includes only Amtrak's logo and the date of the accident. It also claims it is

Case 3:11-cv-00461-HDM -VPC   Document 75   Filed 02/16/12   Page 4 of 8

impossible for a forensic specialist to analyze the video for genuineness or for any other feature of importance, such as a frame-by-frame study of the video at the times preceding, during, and following the incident. John Davis Trucking further claims the disc prevents any forensic analysis which could detect tampering if such has occurred. Amtrak disagrees. It argues the disc provided by Amtrak is not a video file in any recognized format. It is an ".exe" file that contains its own software which runs the disc and supersedes the computer's controls. It claims Amtrak has thus far refused to provide the video file from which the encrypted disc was made, or the video data as originally recorded by Amtrak's on board digital video recorder. According to John Davis Trucking, the encryption provided to John Davis Trucking was made on November 1, 2011, shortly after the Court's order directing that the video be produced. John Davis Trucking claims that necessarily means that the encryption was made from a video file in native form which could, and should, have been produced. According to John Davis Trucking, the encrypted disc wholly fails to comply with the requirements of FRCP 34, particularly in light of the 2006 Amendment thereto. (See the Official Commentary to that Amendment.) It alleges the disc Amtrak produced is of such poor quality it is impossible to determine whether the gates were down for the full five seconds minimum time preceding arrival of the train at the crossing, as required by federal regulation. Amtrak disagrees with all the contention above.

Status:

As noted above, Amtrak disagrees with John Davis Trucking's assessment of the locomotive video. Notwithstanding, the parties have met and conferred and are continuing to meet and confer on these issues. Amtrak is currently investigating whether there is a better quality version of the locomotive videos in existence. Based on the information presently known to Amtrak's counsel, the locomotive video camera is set to record images at 30 frames per second. The multiple copies of the locomotive video provided to John Davis Trucking all display images at 30 frames per second. Amtrak is willing to display the video to the Court so that the Court may judge for

1  itself the quality of the video footage. Amtrak contends the video quality is very good,
2  and more importantly, conclusively shows that the crossing gates were down prior to
3  the lead locomotive entering the crossing. Given that the John Davis Trucking tractor
4  struck the fourth train car (the second car behind the two locomotives), the locomotive
5  mounted camera would never have captured the impact because the lead locomotive
6  had cleared through the crossing approximately 3-4 seconds before impact.
7  Nevertheless, Amtrak is working on obtaining an unencripted copy of the locomotive
8  videos and has informed John Davis Trucking that it is working on obtaining this
9  copy. As to John Davis Trucking's contention regarding FRCP 34, Amtrak contends
10 FRCP 34 does not apply as Amtrak has not received any Request for Documents from
11 John Davis Trucking.
12 2. Event Recorder Data: John Davis Trucking Company also seeks the "original" event
13    recorder data because it believes the event recorder device on-board both the lead and
14    trailing locomotives are of a type that are susceptible to manipulation.
15    Status:
16    The parties have met and conferred on this issue and this issue has since been
17    resolved. Amtrak has provided John Davis Trucking an additional copy of the event
18    recorder data it previously sent, but with metadata showing the date and time the
19    event recorder data were downloaded.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  / / /

2  Request to Vacate Case Management Conference

3  The parties stipulate to vacate the Case Management Conference scheduled for February
4  21, 2012 at 9:00 a.m.

5  DATED this 16th day of February, 2012.

6  LAW OFFICES OF MICHAEL B. SPRINGER, PC

8  By:     /s/ John D. Moore
        John D. Moore
9          Nevada State Bar No. 8581
        9628 Prototype Court
10          Reno, NV  89521
        (775) 786-7445
11          *Attorneys for Plaintiff and Counterdefendant*
        NATIONAL RAILROAD PASSENGER
12          CORPORATION *and Counterdefendant*
        *and Counterclaimant* UNION PACIFIC
13          RAILROAD COMPANY

15  DATED this 16th day of February, 2012.

16  LOMBARDI, LOPER & CONANT, LLP

18  By:     /s/ B. Clyde Hutchinson
        B. Clyde Hutchinson
19          California State Bar No. 037526
        Lake Merritt Plaza
20          1999 Harrison Street, Suite 2600
        Oakland, CA  94612-3541
21          (510) 433-2600
        *Attorneys for Plaintiff and Counterdefendant*
22          NATIONAL RAILROAD PASSENGER
        CORPORATION *and Counterdefendant*
23          *and Counterclaimant* UNION PACIFIC
        RAILROAD COMPANY

24  DATED this 16th day of February, 2012.

26  HALL JAFFE & CLAYTON, LLP

28  By:     /s/ Steven T. Jaffe
        Steven T. Jaffe

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

                      Nevada State Bar No. 007035
                      7455 West Washington Avenue, Suite 460
                      Las Vegas, NV 89128
                      (702) 316-4111
                      *Attorneys for Defendant*
                      JOHN DAVIS TRUCKING COMPANY, INC.

DATED this 16th day of February, 2012.

                      GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD.


                      By:   /s/ Gary E. Di Grazia
                            Gary E. Di Grazia
                            Nevada State Bar No. 000198
                            530 Idaho Street
                            P.O. Box 1358
                            Elko, NV 89801
                            (775) 738-8091
                            *Attorneys for Counterclaimant*
                            JOHN DAVIS TRUCKING COMPANY, INC.

DATED this 16th day of February, 2012.

                      KIRKLIN THOMPSON & POPE LLP


                      By:   /s/ Stephen C. Thompson
                            Stephen C. Thompson
                            Oregon State Bar No. 0076359
                            1100 Yeon Building
                            522 SW 5th Avenue
                            Portland, OR 97204
                            Telephone:   (503) 222-1640
                            Facsimile:    (503) 227-5251
                            *Attorneys for Counterclaimant*
                            JOHN DAVIS TRUCKING COMPANY, INC.

LOMBARDI, LOPER & CO NANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612 -3541

## [PROPOSED] ORDER

Per the parties Joint Case Management Statement, the Court hereby vacates the Case Management Conference scheduled for February 21, 2012 at 9:00 a.m. in Courtroom 1.

IT IS SO ORDERED.

DATED: February 17, 2012

By: _____
THE HONORABLE VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE