1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

18 UNITED STATES DISTRICT COURT

19 DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | CASE NO.: 3:11-cv-00461-HDM-VPC |
| Plaintiff, | **ORDER GRANTING JOHN DAVIS TRUCKING'S MOTION FOR LEAVE TO FILE MATERIALS UNDER SEAL REGARDING ITS REPLY IN SUPPORT OF MOTION TO STRIKE UNION PACIFIC'S ANSWER & COUNTERCLAIM AND TO DISMISS NATIONAL RAILROAD PASSENGER CORPORATION'S COMPLAINT ON THE GROUND OF SPOLIATION OF MATERIAL EVIDENCE** |
| v. | |
| JOHN DAVIS TRUCKING COMPANY, INC., a Nevada corporation, | |
| Defendant. | |

| | |
|---|---|
| 1 | JOHN DAVIS TRUCKING COMPANY, INC., a Nevada corporation, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | v. |
| 5 | NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1-5, |
| 6 | |
| 7 | Counter-Defendants. |
| 8 | UNION PACIFIC RAILROAD, |
| 9 | Counterclaimant. |
| 10 | v. |
| 11 | JOHN DAVIS TRUCKING COMPANY, INC., a Nevada corporation, |
| 12 | |
| 13 | Counter-Defendant. |

**ORDER GRANTING JOHN DAVIS TRUCKING'S MOTION FOR LEAVE TO FILE MATERIALS UNDER SEAL REGARDING ITS REPLY IN SUPPORT OF MOTION TO STRIKE UNION PACIFIC'S ANSWER & COUNTERCLAIM AND TO DISMISS NATIONAL RAILROAD PASSENGER CORPORATION'S COMPLAINT ON THE GROUND OF SPOLIATION OF MATERIAL EVIDENCE**

For good cause shown, John Davis Trucking 's Motion for Leave to File Materials Under Seal Regarding Its Reply in Support of Motion to Strike Union Pacific's Answer & Counterclaim and to Dismiss National Railroad Passenger Corporation's Complaint on the Ground of Spoliation of Material Evidence is GRANTED.

IT IS SO ORDERED, this 8th day of August, 2012.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE