1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>             Plaintiff,<br><br>v.<br><br>JOHN DAVIS TRUCKING COMPANY, INC., a Nevada corporation,<br><br>             Defendant. | CASE NO.: 3:11-cv-00461-HDM-VPC<br><br>**ORDER GRANTING JOHN DAVIS TRUCKING'S MOTION FOR LEAVE TO FILE MATERIALS UNDER SEAL REGARDING ITS REPLY IN SUPPORT OF MOTION TO STRIKE UNION PACIFIC'S ANSWER & COUNTERCLAIM  AND TO DISMISS NATIONAL RAILROAD PASSENGER CORPORATION'S COMPLAINT ON THE GROUND OF SPOLIATION OF MATERIAL EVIDENCE** |

| | |
|---|---|
| JOHN DAVIS TRUCKING COMPANY, INC., a Nevada corporation, | |
| Counterclaimant, | |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1-5, | |
| Counter-Defendants. | |
| UNION PACIFIC RAILROAD, | |
| Counterclaimant. | |
| v. | |
| JOHN DAVIS TRUCKING COMPANY, INC., a Nevada corporation, | |
| Counter-Defendant. | |

**ORDER GRANTING JOHN DAVIS TRUCKING'S MOTION FOR LEAVE TO FILE MATERIALS UNDER SEAL REGARDING ITS REPLY IN SUPPORT OF MOTION TO STRIKE UNION PACIFIC'S ANSWER & COUNTERCLAIM AND TO DISMISS NATIONAL RAILROAD PASSENGER CORPORATION'S COMPLAINT ON THE GROUND OF SPOLIATION OF MATERIAL EVIDENCE**

For good cause shown, John Davis Trucking 's Motion for Leave to File Materials Under Seal Regarding Its Reply in Support of Motion to Strike Union Pacific's Answer & Counterclaim and to Dismiss National Railroad Passenger Corporation's Complaint on the Ground of Spoliation of Material Evidence is GRANTED.

IT IS SO ORDERED, this 8th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE