## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | ) ) ) | 3:11-CV-0461-HDM (VPC) |
| Plaintiff, | ) ) | **MINUTE ORDER** |
| vs. | ) ) | November 18, 2013 |
| JOHN DAVIS TRUCKING COMPANY, INC., | ) ) ) ) | |
| Defendant. | ) ) | |
| | ) | |
| AND RELATED CLAIMS | ) ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):    NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

The motion for leave to file under seal a certain exhibit to John Davis Trucking's motion to compel compliance with the Court's October 4, 2013 order (#274) is **GRANTED**. The exhibit was filed and shall remain under seal (#275).

**IT IS SO ORDERED**.

LANCE S. WILSON, CLERK

By:        /s/
               Deputy Clerk