**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | ) ) | 3:11-cv-00461-HDM-VPC |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| JOHN DAVIS TRUCKING COMPANY, INC., | ) ) ) | |
| Defendant. | ) ) | |
| JOHN DAVIS TRUCKING COMPANY, INC., | ) ) ) | |
| Counterclaimant, | ) ) | |
| vs. | ) ) | |
| NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1-5, | ) ) ) ) | |
| Counterdefendants. | ) ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) ) | |
| Counterclaimant, | ) ) | |
| vs. | ) ) | |
| JOHN DAVIS TRUCKING COMPANY, INC., | ) ) ) | |
| Counterdefendant. | ) ) | |

    This matter is referred to the magistrate judge for a settlement conference at a date and time convenient to the court

1

1  and counsel.
2          IT IS SO ORDERED.
3          DATED: This 27th day of November, 2013.

                                  _____
                                  UNITED STATES DISTRICT JUDGE