UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | ) ) ) | 3:11-CV-0461-HDM (VPC) |
| Plaintiff, | ) ) | **MINUTE ORDER** |
| vs. | ) ) | January 28, 2014 |
| JOHN DAVIS TRUCKING COMPANY, INC., | ) ) ) ) | |
| Defendant. | ) ) ) | |
| AND RELATED CLAIMS | ) ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

At the January 15, 2014, case management conference, the court took under submission two motions concerning John Davis Trucking Company, Inc.'s ("JDT") privilege/objection log. In light of depositions scheduled to begin January 29, 2014, the court issues this minute order.

The court has considered the motion of JDT to reconsider (#303), and it has reviewed the opposition (#305) and reply (#313).  JDT's motion (#303) is **GRANTED**.  JDT shall not be required to produce incident report bates-numbered CD00662-72.

The court has also reviewed plaintiff National Railroad Passenger Corporation ("Amtrack") and counter-defendant Union Pacific Railroad Company's ("UPRR") motion to compel document production (#277) together with documents #s 278, 279, 280, 285, 295 & 314. The court has reviewed in detail JDT's amended privilege/objection log (#280-1, Ex. A) and concludes that none of the documents requested is likely to lead to the discovery admissible

evidence.  Therefore, the documents at issue shall not be produced with the exception of the documents the parties previously agreed JDT would produce.  The motion to compel (#277) is **DENIED.**

    **IT IS SO ORDERED**.

                                      LANCE S. WILSON, CLERK

                By:      /s/
                            Deputy Clerk