

|  | FILED | | RECEIVED |
|---|---|---|---|
|  | ENTERED | | SERVED ON |

COUNSEL/PARTIES OF RECORD

APR 2 8 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | ) | 3:11-cv-00461-HDM-VPC |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN DAVIS TRUCKING COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| ————————————————— | ) | |
| | ) | |
| JOHN DAVIS TRUCKING COMPANY, INC., | ) | |
| | ) | |
| Counterclaimant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1-5, | ) | |
| | ) | |
| Counterdefendants. | ) | |
| ————————————————— | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Counterclaimant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN DAVIS TRUCKING COMPANY, INC., | ) | |
| | ) | |
| Counterdefendant. | ) | |
| ————————————————— | ) | |

1

1  Pursuant to the scheduling order (#234), discovery closed on

2  April 23, 2014.  However, at the April 15, 2014, status conference

3  before the United States Magistrate Judge, the parties asserted

4  that a number of discovery and scheduling disputes remain.

5  Accordingly, the court addresses the outstanding disputes and

6  extends the discovery deadline as to certain discrete issues only.

7  As to the first issue raised in the parties' April 24, 2014,

8  joint status report, the court concludes that Amtrak and Union

9  Pacific were not and shall not be required to file any rebuttal

10  expert reports.

11  As to the second issue, the court concludes that John Davis

12  Trucking ("JDT") should be permitted to reopen fact discovery on

13  the limited issue of whether the signal cabin was or was not

14  equipped with a modem at the time of the accident.  If the

15  testimony reflects that it was equipped with a modem, leave is

16  granted to JDT to apply to the court for such additional limited

17  discovery as may be relevant.  If it was not equipped with a modem,

18  JDT may also inquire as to why it was not so equipped.  JDT is

19  limited to the designation of two witnesses to respond to this

20  inquiry, and any such depositions shall be taken no later than May

21  13, 2014, at a time mutually convenient to the parties.  This time

22  period will not be extended, and the depositions will be limited in

23  scope to what has been hereinabove set forth.

24  As to the third issue raised in the April 24, 2014, report,

25  counsel shall waive subpoenas for all retained experts and shall

26  produce the discoverable portions of each expert's file to opposing

27  counsel two days before each deposition.

28  Amtrak and Union Pacific shall designate their 30(b)(6)

2

witnesses on or before Monday, May 5, 2014.  Depositions of all
30(b)(6) witnesses shall be completed on or before May 28, 2014.

The ink testing authorized by the court on April 15, 2014, shall be completed no later than Friday, May 9, 2014.  JDT shall provide its expert report on this issue no later than Monday, May 19, 2014, Union Pacific shall provide any rebuttal expert report on this issue no later than Thursday, May 29, 2014, and any expert depositions in connection with this issue shall be completed no later than June 13, 2014.  This order supersedes the schedule established during the parties' April 15, 2014, status conference. (*See* Doc. #410).

The parties shall complete all other expert depositions no later than Wednesday, May 28, 2014.

All expert depositions shall be subject to a time limitation of not more than five (5) hours.  The parties shall agree in advance on a division of the time.  Any objection to the time limitation shall be filed with the court no later than Friday, May 2, 2014.

Finally, the briefing schedule for dispositive motions established in the court's scheduling order of May 29, 2013 (#234) remains in effect.  However, to the extent the parties intend to file motions in limine, such motions shall be filed no later than Tuesday, July 1, 2014.  Responses shall be filed no later than Tuesday, July 15, 2014.  No replies to motions in limine will be allowed.

In view of the firm trial setting on August 4, 2014, and the fact that discovery has been ongoing since at least October 2011, the court advises the parties that the deadlines set forth in this

3

1  order are firm.   The only exception shall be the deposition of Dror

2  Kopernik.   His deposition, if he can be deposed, shall be taken no

3  later than June 23, 2014.   If Mr. Kopernik is unable to be deposed,

4  JDT shall designate a substitute expert no later than May 20, 2014,

5  and his or her deposition shall be taken no later than June 23,

6  2014.   The expert report shall be disclosed on or before June 18,

7  2014.

8       IT IS SO ORDERED.

9       DATED: This 28th day of April, 2014.

10

11  _____
    UNITED STATES DISTRICT JUDGE

12

13

14

15  _____
16  UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28