1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                          **DISTRICT OF NEVADA**
8

```
 9  NATIONAL RAILROAD PASSENGER        )   3:11-cv-00461-HDM-VPC
    CORPORATION,                       )
10                                     )
                Plaintiff,             )   ORDER
11                                     )
    vs.                                )
12                                     )
    JOHN DAVIS TRUCKING COMPANY,       )
13  INC.,                              )
                                       )
14              Defendant.             )
    _____)
15                                     )
    JOHN DAVIS TRUCKING COMPANY,       )
16  INC.,                              )
                                       )
17         Counterclaimant,            )
                                       )
18  vs.                                )
                                       )
19  NATIONAL RAILROAD PASSENGER        )
    CORPORATION, UNION PACIFIC         )
20  RAILROAD COMPANY, and DOES 1-5,    )
                                       )
21         Counterdefendants.          )
    _____)
22                                     )
    UNION PACIFIC RAILROAD COMPANY,    )
23                                     )
           Counterclaimant,            )
24                                     )
    vs.                                )
25                                     )
    JOHN DAVIS TRUCKING COMPANY,       )
26  INC.,                              )
                                       )
27         Counterdefendant.           )
    _____)
28
```

1     The court hereby shortens the time for responding to the
2 emergency motions filed by John Davis Trucking (#418, #420) on
3 April 30, 2014.  Each motion deals with potential expert discovery,
4 which has to be completed no later than May 28, 2014.  Accordingly,
5 Amtrak and Union Pacific shall file any response to these motions
6 on or before Monday, May 5, 2014, at 5 p.m.
7     IT IS SO ORDERED.
8     DATED: This 1st day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE