**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | ) ) ) | 3:11-cv-00461-HDM-VPC |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| JOHN DAVIS TRUCKING COMPANY, INC., | ) ) ) | |
| Defendant. | ) ) | |
| JOHN DAVIS TRUCKING COMPANY, INC., | ) ) ) | |
| Counterclaimant, | ) ) | |
| vs. | ) ) | |
| NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1-5, | ) ) ) ) | |
| Counterdefendants. | ) ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) ) | |
| Counterclaimant, | ) ) | |
| vs. | ) ) | |
| JOHN DAVIS TRUCKING COMPANY, INC., | ) ) ) | |
| Counterdefendant. | ) ) | |

Before the court is John Davis Trucking's ("JDT") motion in limine #2 (#420) and Amtrak and Union Pacific's response thereto (#426). JDT seeks to preclude the expert opinions of Amtrak and

1

Union Pacific's non-retained experts on the grounds that the disclosure of these experts does not satisfy the requirements of Federal Rule of Civil Procedure 26(a)(2)(C)(ii).  The motion in limine (#420) is denied as to non-retained experts Ted Bushnik and Mike West.  As to the remaining witnesses, Amtrak and Union Pacific's disclosures reference and rely on documents produced during discovery, cited as NRPC 02749-02813, NRPC 02820-03054, UPRR 01312-1406, and UPRR 00856-00877.  These documents have not been provided in the relevant pleadings.  The court therefore does not have sufficient information before it to rule on JDT's objections. As to the remaining witnesses, then, the motion in limine is **DENIED WITHOUT PREJUDICE**, unless and until the documents incorporated by reference in Amtrak and Union Pacific's expert disclosures have been provided to the court.

   IT IS SO ORDERED.

   DATED: This 6th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE

2