1

2

3                          **UNITED STATES DISTRICT COURT**

4                             **DISTRICT OF NEVADA**

5

6    NATIONAL RAILROAD PASSENGER        )      3:11-cv-00461-HDM-VPC
     CORPORATION,                       )
7                                       )
                    Plaintiff,          )      ORDER
8                                       )
     vs.                                )
9                                       )
     JOHN DAVIS TRUCKING COMPANY,       )
10   INC.,                              )
                                        )
11                  Defendant.          )
     _____)
12                                      )
     JOHN DAVIS TRUCKING COMPANY,       )
13   INC.,                              )
                                        )
14            Counterclaimant,          )
                                        )
15   vs.                                )
                                        )
16   NATIONAL RAILROAD PASSENGER        )
     CORPORATION, UNION PACIFIC         )
17   RAILROAD COMPANY, and DOES 1-5,    )
                                        )
18            Counterdefendants.        )
     _____)
19                                      )
     UNION PACIFIC RAILROAD COMPANY,    )
20                                      )
              Counterclaimant,          )
21                                      )
     vs.                                )
22                                      )
     JOHN DAVIS TRUCKING COMPANY,       )
23   INC.,                              )
                                        )
24            Counterdefendant.         )
     _____)
25
          The court construes the latest emergency motion filed in this
26
     action (#434) as a request for an extension of time to complete the
27
     ink testing, not for a clarification of the court's order.  The
28

                                        1

court's order of April 28, 2014, is quite clear that ink testing
shall be completed no later than May 9, 2014.  In the recent
filing, the court is now being advised that the testing will not be
completed until next week in violation of the court's order.
Nevertheless, in order to move this case forward, the request for
an extension of time is granted, and the time to complete the ink
testing is extended to May 14, 2014.  The remaining deadlines
established by the court are reconfirmed.  Thus, JDT must submit
its expert report on this issue by May 19, 2014, Union Pacific
shall provide any rebuttal expert report on this issue no later
than May 29, 2014, and any expert depositions in connection with
this issue shall be completed no later than June 13, 2014.

IT IS SO ORDERED.

DATED: This 7th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE