**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | ) ) ) | 3:11-cv-00461-HDM-VPC |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| JOHN DAVIS TRUCKING COMPANY, INC., | ) ) ) | |
| Defendant. | ) ) | |
| JOHN DAVIS TRUCKING COMPANY, INC., | ) ) ) | |
| Counterclaimant, | ) ) | |
| vs. | ) ) | |
| NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1-5, | ) ) ) ) | |
| Counterdefendants. | ) ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) ) | |
| Counterclaimant, | ) ) | |
| vs. | ) ) | |
| JOHN DAVIS TRUCKING COMPANY, INC., | ) ) ) | |
| Counterdefendant. | ) ) | |

On April 28, 2014, the court issued its order limiting the remaining depositions to be taken in this case to five hours. The court directed the parties to file any objections by Friday, May 2,

1

2014.  The only party that has objected to the time limitation is John Davis Trucking Company ("JDT").

JDT's objections do not explain why JDT believes it needs seven hours to complete the depositions of Ashley Dunn and Whitney Morgan.  The objections provide only vague assertions as to why JDT believes it may need up to seven hours for the depositions of James O'Brien, Robert Stillerman, James Flynn, David Rondinone, Ted Bushnik, Mike West, and "some of the other non-retained experts with respect to damages."  Accordingly, JDT's objections to the time limitation provided by the court are denied without prejudice, to renew as to any particular deposition for which JDT can explain the specific reasons additional time is necessary.

IT IS SO ORDERED.

DATED: This 7th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE