**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | ) ) ) | 3:11-cv-00461-HDM-VPC |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| JOHN DAVIS TRUCKING COMPANY, INC., | ) ) ) | |
| Defendant. | ) ) | |
| JOHN DAVIS TRUCKING COMPANY, INC., | ) ) ) | |
| Counterclaimant, | ) ) | |
| vs. | ) ) | |
| NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1-5, | ) ) ) ) | |
| Counterdefendants. | ) ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) ) | |
| Counterclaimant, | ) ) | |
| vs. | ) ) | |
| JOHN DAVIS TRUCKING COMPANY, INC., | ) ) ) | |
| Counterdefendant. | ) ) | |

The motion in limine #3 of John Davis Trucking ("JDT") (#439) is **DENIED**. While the court has concluded that JDT's emergency motion should be denied, the court also concludes that, with the

1

1  exception of Mike West and Ted Bushnik, the plaintiff's conclusory
2  description of the anticipated testimonies of its non-retained
3  expert witnesses and designation of documents Bates stamped NRPC
4  02749-02813, NRPC 02820-03054, UPRR 01312-1406, and UPRR
5  00856-00877 is insufficient to provide a clear explanation of
6  precisely what expenses were incurred and the reasonableness and
7  necessity of those expenses.  The assertion by Amtrak and Union
8  Pacific that they have complied with the requirement of Federal
9  Rule of Civil Procedure 26(a)(2)(C)(ii) is unpersuasive.  The court
10 is advised that the parties intend to commence taking depositions
11 of these witnesses as early as May 14, 2014.  Accordingly, Amtrak
12 and Union Pacific shall 48 hours prior to the taking of the
13 deposition any of the non-retained experts (excepting Mike West and
14 Ted Bushnik) provide JDT with a summary of the facts and opinions
15 to which the non-retained expert witnesses are expected to testify,
16 together with a reference to the specific documents, such as
17 receipts and work orders, which support the anticipated testimony.
18 Should any depositions be scheduled to take place less than 48
19 hours from the filing of this order, JDT shall be provided with a
20 copy of the declarations ordered by the court no later than two
21 hours prior to the deposition.
22      IT IS SO ORDERED.
23      DATED: This 13th day of May, 2014.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2