# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

```
NATIONAL RAILROAD PASSENGER        )   3:11-cv-00461-HDM-VPC
CORPORATION,                       )
                                   )
            Plaintiff,             )   ORDER
                                   )
vs.                                )
                                   )
JOHN DAVIS TRUCKING COMPANY,       )
INC.,                              )
                                   )
            Defendant.             )
_____)
                                   )
JOHN DAVIS TRUCKING COMPANY,       )
INC.,                              )
                                   )
       Counterclaimant,            )
                                   )
vs.                                )
                                   )
NATIONAL RAILROAD PASSENGER        )
CORPORATION, UNION PACIFIC         )
RAILROAD COMPANY, and DOES 1-5,    )
                                   )
       Counterdefendants.          )
_____)
                                   )
UNION PACIFIC RAILROAD COMPANY,    )
                                   )
       Counterclaimant,            )
                                   )
vs.                                )
                                   )
JOHN DAVIS TRUCKING COMPANY,       )
INC.,                              )
                                   )
       Counterdefendant.           )
_____)
```

1

The emergency motion of John Davis Trucking Company ("JDT") to extend the time to complete the ink testing (#458) is **GRANTED**. The time to complete the ink testing is extended to May 19, 2014. The remaining deadlines established by the court are reconfirmed.

IT IS SO ORDERED.

DATED: This 14th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE

2