# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | 3:11-cv-00461-HDM-VPC |
| Plaintiff, | ORDER |
| vs. | |
| JOHN DAVIS TRUCKING COMPANY, INC., | |
| Defendant. | |
| JOHN DAVIS TRUCKING COMPANY, INC., | |
| Counterclaimant, | |
| vs. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1-5, | |
| Counterdefendants. | |
| UNION PACIFIC RAILROAD COMPANY, | |
| Counterclaimant, | |
| vs. | |
| JOHN DAVIS TRUCKING COMPANY, INC., | |
| Counterdefendant. | |

1

1    The defendant's motions (#473, #479) are **GRANTED** subject to
2 the filing of any objections on or before Tuesday, June 10, 2014.
3    IT IS SO ORDERED.
4    DATED: This 3rd day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE