```
✓ FILED         ____ RECEIVED
____ ENTERED    ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

        JUN 1 2 2014

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

JOHN D. MOORE, Nevada State Bar No. 8581
john@moore-lawgroup.com
MOORE LAW GROUP, PC
3715 Lakeside Drive, Suite A
Reno, NV 89509
Telephone: (775) 336-1600

B. CLYDE HUTCHINSON, Calif. SBN 037526, *admitted pro hac vice*
bch@llcllp.com
JOHN W. RANUCCI, Calif. State Bar No. 184801, *admitted pro hac vice*
jwr@llcllp.com
VINCENT CASTILLO, Calif. State Bar No. 209298, *admitted pro hac vice*
vcastillo@llcllp.com
LIZA SIU MENDOZA, Calif. State Bar No. 242493, *admitted pro hac vice*
lsiumendoza@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Plaintiff and Counterdefendant
NATIONAL RAILROAD PASSENGER CORPORATION and Counterdefendant and
Counterclaimant UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DAVIS TRUCKING COMPANY, INC., a Nevada corporation,<br><br>Defendant.<br><br>AND RELATED ACTIONS | Case No. 3:11-cv-00461 HDM VPC<br><br>[PROPOSED] ORDER CLARIFYING THE COURT'S ORDER ON NRPC AND UPRR'S MOTION FOR RECONSIDERATION OF MOTION TO COMPEL RE JDT'S PRIVILEGE LOG (DKT 379, 392) |

///

///

///

///

**[PROPOSED] ORDER**

The Court's March 24, 2014 Order denied Amtrak and UPRR's Motion for Reconsideration of the Motion to Compel JDT's Privilege Log (Dkt 379). At the March 25, 2014 Case Management Conference, the court clarified the scope of the March 24, 2014 Order, announcing that it was solely limited to the discoverability of the documents sought in the Motion to Compel (Dkts 277, 314). The scope of the March 24, 2014 Order was not intended to rule on the issue of admissibility. *See* clarification of the Court's order on T3/25/14 at p. 43:5-50:12. This Order hereby vacates paragraph 8 of the Court's March 25, 2014 Minutes of Proceedings (Dkt 392).

**IT IS SO ORDERED.**

DATED: June /2, 2014

_____
UNITED STATES MAGISTRATE JUDGE

Reviewed and approved by:

GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD.

By: /s/ Gary E. Di Grazia
Gary E. Di Grazia
Nevada State Bar No. 000198
530 Idaho Street
P.O. Box 1358
Elko, NV 89801
(775) 738-8091
*Attorneys for Counterclaimant*
JOHN DAVIS TRUCKING COMPANY, INC.

HALL JAFFE & CLAYTON, LLP

By: /s/ Karen Bashor

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-40990 LSM 654467.1          2          Case No. 3:11-cv-00461 HDM VPC

[PROPOSED] ORDER CLARIFYING COURT'S ORDER ON NRPC AND UPRR'S MOTION FOR RECONSIDERATION

1  Steven T. Jaffe
   Nevada State Bar No. 007035
2  Karen L. Bashor
   Nevada State Bar No. 011913
3  7425 Peak Drive
   Las Vegas, NV 89128
4  (702) 316-4111
   *Attorneys for Defendant*
5  JOHN DAVIS TRUCKING COMPANY, INC.

6
   KIRKLIN THOMPSON & POPE LLP
7

8
   By: ___/s/ George Kirklin___
9  George Kirklin
   Oregon State Bar No. 0062046
10 1000 Broadway, Ste 1616
   Portland, OR 97205
11 Telephone:   (503) 222-1640
   Facsimile:   (503) 227-5251
12 *Attorneys for Counterclaimant*
   JOHN DAVIS TRUCKING COMPANY, INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-40990 LSM 654467.1                2                Case No. 3:11-cv-00461 HDM VPC
[PROPOSED] ORDER CLARIFYING COURT'S ORDER ON NRPC AND UPRR'S MOTION FOR RECONSIDERATION

**CERTIFICATE OF SERVICE**
*National Railroad Passenger Corp. v. John Davis Trucking Co., Inc.*
United States District Court, District of Nevada Case No. 3:11-cv-00461 HDM VPC

I, Alexine Braun, hereby declare:

I am a citizen of the United States, over 18 years of age and not a party to the within action. I am employed in the County of Alameda; my business address is 1999 Harrison Street, Suite 2600, Oakland, California 94612.

On June 11, 2014, I served the within:

**[PROPOSED] ORDER CLARIFYING THE COURT'S ORDER ON NRPC AND UPRR'S MOTION FOR RECONSIDERATION OF MOTION TO COMPEL RE JDT'S PRIVILEGE LOG (DKT 379, 392)**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

| | |
|---|---|
| John D. Moore<br>Moore Law Group, PC<br>3715 Lakeside Drive, Suite A<br>Reno, NV 89509 | Telephone: (775) 336-1600<br>Facsimile: (775) 336-1601<br>Email: john@moore-lawgroup.com<br>*Attorneys for National Railroad Passenger Corporation and Union Pacific Railroad Company* |
| Steven T. Jaffe<br>Karen L. Bashor<br>Hall Jaffe & Clayton<br>7425 Peak Drive<br>Las Vegas, NV 89128 | Telephone: (702) 316-4111<br>Facsimile: (702) 316-4114<br>Email: sjaffe@lawhjc.com<br>Email: kbashor@lawhjc.com<br>*Attorneys for John Davis Trucking Co., Inc.* |
| Gary E. Di Grazia<br>Goicoechea, Di Grazia,<br>Coyle & Stanton, Ltd.<br>530 Idaho Street<br>Elko, NV 89801 | Telephone: (775) 738-8091<br>Facsimile: (775) 738-4220<br>gdclaws@frontiernet.net; and<br>gdigrazia@frontiernet.net<br>*Attorneys for John Davis Trucking Co., Inc.* |
| George L. Kirklin<br>Stephen C. Thompson<br>Kirklin, Thompson & Pope, LLP<br>1000 Broadway, Ste. 1616<br>Portland, OR 97205 | Telephone: (503) 222-2495<br>Facsimile: (503) 227-5251<br>george@ktp-law.com<br>steve@ktp-law.com |

☐ **By United States Mail:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an

1  affidavit.

2  I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Oakland, California.

3
4  ☐ **By Fax Transmission:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used.

5
6  ☐ **By Overnight Delivery:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

7
8  ☐ **By Personal Service:** I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with the receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

9
10
11
12  ☐ **By Messenger Service:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service.)*

13
14  ☒ **By E-Mail or Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

15
16  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

17
18  Executed on June 11, 2014, at Oakland, California.

19
20  _____
    Alexine Braun

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-40990 LSM 654467.1                      3                 Case No. 3:11-cv-00461 HDM VPC
[PROPOSED] ORDER CLARIFYING COURT'S ORDER ON NRPC AND UPRR'S MOTION FOR RECONSIDERATION