# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | 3:11-cv-00461-HDM-VPC |
| Plaintiff, | ORDER |
| vs. | |
| JOHN DAVIS TRUCKING COMPANY, INC., | |
| Defendant. | |
| JOHN DAVIS TRUCKING COMPANY, INC., | |
| Counterclaimant, | |
| vs. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1-5, | |
| Counterdefendants. | |
| UNION PACIFIC RAILROAD COMPANY, | |
| Counterclaimant, | |
| vs. | |
| JOHN DAVIS TRUCKING COMPANY, INC., | |
| Counterdefendant. | |

Through pleadings filed in connection with John Davis Trucking Company's ("JDT") motion in limine #4, the court has been advised that March Networks is prepared to perform the download from the LDVR hard drive requested by JDT. The pleadings reflect that JDT has not yet provided Amtrak and March Networks with the log files it needs to see. Accordingly, JDT shall have until 5 p.m. on July 18, 2014, to provide Amtrak and March Networks with a list of the log files it needs to have downloaded for the forensic examination. Should the parties be unable to reach an agreement on the procedure for downloading the files, the court should be so advised and will conduct a brief telephonic hearing on Tuesday, July 22, 2014, at 10 a.m. to resolve the issue.

**IT IS SO ORDERED.**

DATED: This 16th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE

2