# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN DAVIS TRUCKING COMPANY, INC., )<br>)<br>Defendant. )<br>_____ )<br>JOHN DAVIS TRUCKING COMPANY, INC., )<br>)<br>Counterclaimant, )<br>)<br>vs. )<br>)<br>NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1-5, )<br>)<br>Counterdefendants. )<br>_____ )<br>UNION PACIFIC RAILROAD COMPANY, )<br>)<br>Counterclaimant, )<br>)<br>vs. )<br>)<br>JOHN DAVIS TRUCKING COMPANY, INC., )<br>)<br>Counterdefendant. )<br>_____ ) | 3:11-cv-00461-HDM-VPC<br><br>ORDER |

1   The motion of John Davis Trucking (#629) and the motion of
2 Amtrak and Union Pacific (#644) to file certain exhibits under seal
3 are **GRANTED** subject to the filing of any objections on or before
4 Monday, July 21, 2014.
5   IT IS SO ORDERED.
6   DATED: This 16th day of July, 2014.

*[signature: Howard D. McKibben]*
UNITED STATES DISTRICT JUDGE