UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DAVIS TRUCKING COMPANY, INC.,<br><br>        Defendant.<br>_____<br>JOHN DAVIS TRUCKING COMPANY, INC.,<br><br>        Counterclaimant,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1-5,<br><br>        Counterdefendants.<br>_____<br>UNION PACIFIC RAILROAD COMPANY,<br><br>        Counterclaimant,<br><br>vs.<br><br>JOHN DAVIS TRUCKING COMPANY, INC.,<br><br>        Counterdefendant.<br>_____ | 3:11-cv-00461-HDM-VPC<br><br>Verdict on Damages |

## VERDICT ON DAMAGES

We, the jury in the above-entitled action, find for Amtrak, and against John Davis Trucking Company, Inc., and assess the total amount of Amtrak's damages as follows:

| | |
|---|---|
| Damage to railcar 39013: | $ 1,350,000 |
| Damage to railcar 34033: | $ 545,000 |
| Damage to railcar 35006: | $ 475,000 |
| Loss of use of rail cars: | $ 15,000 |
| Medical costs to employees and passengers: | $ 118,165.31 |
| Medical management costs: | $ 35,503.83 |
| Advanced costs: | $ 5,806.30 |
| Accident response damages: | $ 900,000 |
| Refunds/credits: | $ 45,044 |

We, the jury, further find for Union Pacific Railroad Company, and against John Davis Trucking Company, Inc., and assess the total amount of Union Pacific Railroad Company's damages as follow:

| | |
|---|---|
| Signal system repair costs: | $ 162,835.10 |
| Track structure and miscellaneous repair costs: | $ 38,915.29 |
| Train delay damages: | $ 9,026.65 |

Dated this 29 day of August, 2014.

By: /s/ _____
    Foreperson