AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>JOHN DAVIS TRUCKING COMPANY, INC.,  )<br>a Nevada corporation,  )<br>)<br>Defendant.  )<br>_____)<br>)<br>JOHN DAVIS TRUCKING COMPANY, INC.,  )<br>a Nevada corporation,  )<br>)<br>Counterclaimant,  )<br>)<br>vs.  )<br>)<br>NATIONAL RAILROAD PASSENGER  )<br>CORPORATION, UNION PACIFIC  )<br>RAILROAD COMPANY, and DOES 1-5  )<br>)<br>Counter-defendants.  )<br>_____)<br>)<br>UNION PACIFIC RAILROAD COMPANY,  )<br>)<br>Counterclaimant,  )<br>)<br>vs.  )<br>)<br>JOHN DAVIS TRUCKING COMPANY, INC.,  )<br>a Nevada corporation,  )<br>)<br>Counter-defendant.  )<br>_____/ | **JUDGMENT IN A CIVIL CASE**<br><br>3:11-cv-00461-HDM-VPC |

__XX__  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____  **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

_____  **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

**Judgment is entered in favor of National Railroad Passenger Corporation ("Amtrak") and against John Davis Trucking Company, Inc. in the amount of Four million five hundred fifty-two thousand four hundred fifty-nine dollars and forty-four cents  ("$4,552,459.44").**

**Judgment is entered in favor of Union Pacific Railroad ("UPPR") and against John Davis Trucking Company, Inc. in the amount of Two hundred ten thousand seven hundred seventy-seven dollars and four cents  ("$210,777.04").**

**Judgment is entered in favor of Amtrak and UPRR against John Davis Trucking Company, Inc. on John Davis Trucking Company, Inc.'s counterclaims.**

**The Court RESERVES on the entry of any interest on the Judgment.**

August 29, 2014                                                             **LANCE S. WILSON**
                                                                                          Clerk


                                                                                           /s/ Paris Rich
                                                                                          Deputy Clerk