**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DAVIS TRUCKING COMPANY, INC.,<br><br>        Defendant.<br>_____<br>JOHN DAVIS TRUCKING COMPANY, INC.,<br><br>        Counterclaimant,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1-5,<br><br>        Counterdefendants.<br>_____<br>UNION PACIFIC RAILROAD COMPANY,<br><br>        Counterclaimant,<br><br>vs.<br><br>JOHN DAVIS TRUCKING COMPANY, INC.,<br><br>        Counterdefendant.<br>_____ | 3:11-cv-00461-HDM-VPC<br><br>ORDER |

The motion of National Railroad Passenger Corporation and Union Pacific Railroad Company to file under seal Exhibits F, F-1, F-2, and F-3, and any reference to the deposition testimony of John and Shane Davis in the opposition to John Davis Trucking Company's emergency motion to extend the stay of execution of judgment (#783) is **GRANTED** pursuant to the Stipulated Protective Order entered by the court on November 2, 2011.

**IT IS SO ORDERED.**

DATED: This 29th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE