# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

```
NATIONAL RAILROAD PASSENGER        )    3:11-cv-00461-HDM-VPC
CORPORATION,                       )
                                   )
            Plaintiff,             )    ORDER
                                   )
vs.                                )
                                   )
JOHN DAVIS TRUCKING COMPANY,       )
INC.,                              )
                                   )
            Defendant.             )
_____)
                                   )
JOHN DAVIS TRUCKING COMPANY,       )
INC.,                              )
                                   )
       Counterclaimant,            )
                                   )
vs.                                )
                                   )
NATIONAL RAILROAD PASSENGER        )
CORPORATION, UNION PACIFIC         )
RAILROAD COMPANY, and DOES 1-5,    )
                                   )
       Counterdefendants.          )
_____)
                                   )
UNION PACIFIC RAILROAD COMPANY,    )
                                   )
       Counterclaimant,            )
                                   )
vs.                                )
                                   )
JOHN DAVIS TRUCKING COMPANY,       )
INC.,                              )
                                   )
       Counterdefendant.           )
_____)
```

1

1 | The order of this court entered on August 29, 2014, staying
2 | the execution on the judgment until September 29, 2014, is extended
3 | until the court enters its order on defendant's Motion for Judgment
4 | as a Matter of Law or for New Trial.

**IT IS SO ORDERED.**

DATED: This 29th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE

2