# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | ) ) ) | 3:11-cv-00461-HDM-VPC |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| JOHN DAVIS TRUCKING COMPANY, INC., | ) ) ) | |
| Defendant. | ) ) | |
| JOHN DAVIS TRUCKING COMPANY, INC., | ) ) ) | |
| Counterclaimant, | ) ) | |
| vs. | ) ) | |
| NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1-5, | ) ) ) ) | |
| Counterdefendants. | ) ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) ) | |
| Counterclaimant, | ) ) | |
| vs. | ) ) | |
| JOHN DAVIS TRUCKING COMPANY, INC., | ) ) ) | |
| Counterdefendant. | ) ) | |

John Davis Trucking Company's motion to substitute resident counsel (#810, #811) is **GRANTED.**

**IT IS SO ORDERED.**

DATED: This 9th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE

2