# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | 3:11-cv-00461-HDM-VPC |
| Plaintiff, | AMENDED ORDER |
| vs. | |
| JOHN DAVIS TRUCKING COMPANY, INC., | |
| Defendant. | |
| JOHN DAVIS TRUCKING COMPANY, INC., | |
| Counterclaimant, | |
| vs. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1-5, | |
| Counterdefendants. | |
| UNION PACIFIC RAILROAD COMPANY, | |
| Counterclaimant, | |
| vs. | |
| JOHN DAVIS TRUCKING COMPANY, INC., | |
| Counterdefendant. | |

1      Line 18 of page 4 of the court's order entered January 25,
2 2016 (#813) is amended to reflect the proper dates of the service
3 of summons and complaint: The date "August 11, 2011" is stricken,
4 and inserted in its place is the following: "June 30, 2011, by
5 Amtrak, and August 8, 2011, by Union Pacific."
6      **IT IS SO ORDERED.**
7      DATED: This 25th day of January, 2016.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE